CO-386-online
10/03

# United States District Court
# For the District of Columbia

Merrill Lynch Business Financial )
Services, Inc. )
)
)
               Plaintiff )   Civil Action No._____
vs )
)
Executive Personnel Services, Inc., )
et. al. )
)
             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Merrill Lynch Business Financial Services, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Merrill Lynch Business Financial Services, Inc.  which have any outstanding securities in the hands of the public:

Merrill Lynch Pierce Fenner & Smith

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature: Daniel Carrigan]*
Signature

452073
BAR IDENTIFICATION NO.

Daniel Carrigan, DLA Piper US LLP
Print Name

**1775 Wiehle Avenue, Suite 400**
Address

**Reston, Virginia  20190**
City     State     Zip Code

(703) 773-4003
Phone Number