CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. ) ) ) ) Plaintiff ) ) ) v. ) ) ) EXECUTIVE PERSONNEL SERVICES ) INC. ) ) Defendant ) | Civil Case Number 07-2100 (RMC)  Category    M |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>November 21, 2007</u> from <u>Judge Emmet G. Sullivan</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Sullivan</u> & Courtroom Deputy
     <u>Judge Collyer</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk