AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Merrill Lynch Business Financial Services, Inc.

                                               **SUMMONS IN A CIVIL CASE**

V.

Executive Personnel Services, Inc., et. al.

                                       CASE NUMBER:   1:07-cv-02100 *RMC*

TO: (Name and address of Defendant)

*EXECUTIVE PERSONNEL SRVCS. INC.*

SERVE: Gary T. Williams, Registered Agent for
Executive Personnel Services, Inc.
1025 Connecticut Avenue. N.W., Suite 1012
Washington, DC  20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John G. McJunkin
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA  20190

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

*Jackie France* (signature)

(By) DEPUTY CLERK

DATE: NOV 2 6 2007

RECEIVED
DEC 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Merrill Lynch Business Financial Services, Inc.

vs.

Executive Personnel Services, Inc., et al.

No. 1:07-CV-02100 RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DAVID S. FELTER, having been duly authorized to make service of the Summons, Civil Cover Sheet, Verified Complaint, Exhibits A - E and Certificate Rule LCvR 7.1 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-01-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:15 pm on November 28, 2007, I served Executive Personnel Services, Inc. c/o Gary T. Williams, Registered Agent at 504 Scenic Way, Great Falls, Virginia 22066 by serving Gerald M. Shealey, Officer, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   51
 HEIGHT-   6'0"
   HAIR-   BLACK
 WEIGHT-   175
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-29-07
              Date

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197954

# UNITED STATES DISTRICT COURT
## District of Columbia

Merrill Lynch Business Financial Services, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Executive Personnel Services, Inc., et. al.

CASE NUMBER: 1:07-cv-02100 RMC

TO: (Name and address of Defendant)

Gerald M. Shealey
504 Scenic Way
Great Falls, Virginia  22066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John G. McJunkin
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA  20190

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

*(signed)* Jackie French
(By) DEPUTY CLERK

DATE: NOV 26 2007

RECEIVED
DEC 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Merrill Lynch Business Financial Services, Inc.

vs.

Executive Personnel Services, Inc., et al.

No. 1:07-CV-02100 RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DAVID S. FELTER, having been duly authorized to make service of the Summons, Civil Cover Sheet, Verified Complaint, Exhibits A - E and Certificate Rule LCvR 7.1 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-01-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:15 pm on November 28, 2007, I served Gerald M. Shealey at 504 Scenic Way, Great Falls, Virginia 22066 by serving Gerald M. Shealey, personally. Described herein:

```
SEX-     MALE
AGE-     51
HEIGHT-  6'0"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-29-07
Date

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197955