IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS<br>FINANCIAL SERVICES, INC.<br><br>      Plaintiff,<br><br>v.<br><br>EXECUTIVE PERSONNEL<br>SERVICES, INC., ET AL.<br><br>and<br><br>GERALD M. SHEALEY,<br><br>      Defendants. | Civil Action No. 1:07-cv-02100-RMC |

CONSENT MOTION FOR
EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS

The Defendants, by counsel, hereby move for an order extending time to file their responsive pleadings to and including January 11, 2008. Plaintiff consents to the requested relief and a consent order is filed with this motion.

                                      Respectfully Submitted,
                                      EXECUTIVE PERSONNEL SERVICES, INC.
                                      GERALD M. SHEALEY
                                      By Counsel

/s/ Bruce W. Henry
Bruce W. Henry, D.C. Bar No. 408566
Joel L. Dahnke, D.C. Bar No. 396261
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road, Suite 100
Fairfax, VA  22030
Counsel for Defendants Executive
Professional Services, Inc. and
Gerald M. Shealey

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing pleading was mailed, first class postage prepaid, to:

>John McJunkin
>DLA Piper US LLP
>1775 Wiehle Avenue
>Suite 400
>Reston, Virginia 20190

>/s/ Bruce W. Henry
>Bruce W. Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| EXECUTIVE PERSONNEL SERVICES, INC., ET AL. | ) ) ) | Civil Action No. 1:07-cv-02100-RMC |
| and | ) ) |  |
| GERALD M. SHEALEY, | ) ) |  |
| Defendants. | ) ) |  |

CONSENT ORDER
EXTENDING TIME TO FILE
RESPONSIVE PLEADINGS

THIS MATTER comes before the Court upon the consent of the parties, as evidenced by the endorsement of their counsel hereinbelow, and

IT APPEARING TO THE COURT that the Defendants have moved for an extension of time to file responsive pleadings, and the Plaintiffs consents thereto, THEREFORE

IT IS ORDERED that the time for Defendants to file their responsive pleadings be, and it hereby is, extended to and including January 11, 2008.

Dated: _____

_____
Rosemary M. Collyer
United States District Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ Bruce W. Henry | /s/ John McJunkin by BWH with permission |
| Bruce W. Henry, D.C. Bar No. 408566 | John McJunkin, D.C. Bar No. 420223 |
| Joel L. Dahnke, D.C. Bar No. 396261 | DLA Piper US LLP |
| Henry, O'Donnell, Dahnke & Walther, P.C. | 1775 Wiehle Avenue |
| 4103 Chain Bridge Road | Suite 400 |
| Suite 100 | Reston, VA 20190 |
| Fairfax, VA 22030 | Counsel for Plaintiff Merrill Lynch |
| Counsel for Defendant Executive Professional Services, Inc. and Gerald M. Shealey | Business Financial Services, Inc. |

cc: Bruce W. Henry
    John McJunkin

2