IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EXECUTIVE PERSONNEL SERVICES, INC., ET AL. | ) ) ) | Civil Action No. 1:07-cv-02100-RMC |
| and | ) ) ) | |
| GERALD M. SHEALEY, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO DISMISS

The Defendants, by counsel, pursuant to Fed.R.Civ.P. 12(b)(1), moves to dismiss the Verified Complaint. The grounds for this motion are more particularly set out in the Statement of Points and Authorities filed herewith.

        Respectfully Submitted,
        EXECUTIVE PERSONNEL SERVICES, INC.,
        GERALD M. SHEALEY
        By Counsel

/s/ Bruce W. Henry
Bruce W. Henry, D.C. Bar No. 408566
Joel L. Dahnke, D.C. Bar No. 396261
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road
Suite 100
Fairfax, VA  22030
Counsel for Defendants Executive
Professional Services, Inc. and
Gerald M. Shealey

<u>Certificate of Service</u>

  I hereby certify that a true copy of the foregoing pleading was mailed, first class postage prepaid, to:

    John McJunkin
    DLA Piper US LLP
    1775 Wiehle Avenue
    Suite 400
    Reston, Virginia 20190

    <u>/s/ Bruce W. H enry</u>
    Bruce W. Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>EXECUTIVE PERSONNEL SERVICES, INC., ET AL. )<br><br>and )<br><br>GERALD M. SHEALEY, )<br><br>Defendants. ) | Civil Action No. 1:07-cv-02100-RMC |

## ORDER

THIS MATTER comes before the Court on the Motion to Dismiss filed by the

Defendants pursuant to Fed.R.Civ.P. 12(b)(1), and

IT APPEARING TO THE COURT that the Motion should be granted, THEREFORE

IT IS ORDERED that the Verified Complaint be, and it hereby is, dismissed.


Dated: _____                          _____
                                                 Rosemary M. Collyer
                                                 United States District Judge

WE ASK FOR THIS:


/s/ Bruce W.  Henry
Bruce W. Henry, D.C. Bar No. 408566
Joel L. Dahnke, D.C. Bar No. 396261
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road
Suite 100
Fairfax, VA  22030
Counsel for Defendants Executive Professional
Services, Inc. and Gerald M. Shealey


cc: Bruce W. Henry
    John McJunkin