IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE PERSONNEL SERVICES, INC., ET AL. <br><br> and <br><br> GERALD M. SHEALEY, <br><br> Defendants. | Civil Action No. 1:07-cv-02100-RMC |

POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 7(a), the Defendants file this statement of points and authorities in support of their Motion to Dismiss.

1. This action was commenced by the filing of a Verified Complaint.

2. The Verified Complaint alleges that diversity jurisdiction exists under 28 U.S.C. §1332 "because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs". Verified Complaint ¶4.

3. The Verified Complaint alleges that "on information and belief, Shealy is an adult individual <u>residing</u> at 504 Scenic Way, Great Falls, Virginia 22066." Verified Complaint ¶3 (emphasis added).

DISCUSSION OF AUTHORITY

It is settled law that citizenship determines jurisdiction under 28 U.S.C. §1332(a), not residence. E.g., Kurkiewiez v. State of Louisiana, 560 F.Supp. 911, 914 (M.D. La.1983) (citing Jagiella v. Jagiella, 647 F. 2d 561 (5th Cir. 1981) reh. denied, 654 F 2d 723). Citizenship for purposes of §1332(a) means domicile, not residence. Stifel v. Hopkins, 477 F. 2d 1116, 1120 (6th Cir. 1973) (citing inter alia Gilbert v. David, 235 U.S. 561, 569 (1915)).

Where, as here, the complaint does not affirmatively allege the citizenship of one of the parties, the Court must dismiss the complaint. See Equitable Life Assurance v. Alexander Grant & Co., 627 F.Supp 1023, 1026 (S.D.N.Y. 1985); American National Fire Insurance Co. v. Chick, 626 F. Supp 459, 460-61 (M.D. Tenn. 1985).

WHEREFORE the Defendants pray for an order dismissing the Verified Complaint.

        Respectfully Submitted,
        EXECUTIVE PERSONNEL SERVICES, INC.,
        GERALD M. SHEALEY
        By Counsel

/s/ Bruce W. Henry
Bruce W. Henry, D.C. Bar No. 408566
Joel L. Dahnke, D.C. Bar No. 396261
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road
Suite 100
Fairfax, VA  22030
Counsel for Defendants Executive
Professional Services, Inc. and
Gerald M. Shealey

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing pleading was mailed, first class postage prepaid, to:

>John McJunkin
>DLA Piper US LLP
>1775 Wiehle Avenue
>Suite 400
>Reston, Virginia 20190


<u>/s/ Bruce W. Henry</u>
Bruce W. Henry