IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERRILL LYNCH BUSINESS** )<br>**FINANCIAL SERVICES INC.** )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>**EXECUTIVE PERSONNEL SERVICES, INC.** )<br>    )<br>    and    )<br>    )<br>**GERALD M. SHEALEY**    )<br>    )<br>    Defendants.    )<br>    )<br>_____) | Civil Action No. 1:07-cv-02100 |

## OPPOSITION TO MOTION TO DISMISS

Pursuant to Local Rule LCvR 7(b), Plaintiff Merrill Lynch Business Financial Services Inc. ("Plaintiff") timely files this Opposition and respectfully moves this Court to deny Defendant Executive Personnel Services, Inc.'s and Defendant Gerald M. Shealey's ("Defendants") Motion to Dismiss for the following reasons.

1. On November 19, 2007, Plaintiff filed its Verified Complaint in the above-captioned matter. Therein, the Verified Complaint alleges, among other things, that "Shealey is an adult individual residing at 504 Scenic Way, Great Falls, Virginia 22066." See Verified Complaint, ¶ 3.

2. On January 11, 2008, Defendants moved this Court to dismiss Plaintiff's Verified Complaint for alleged jurisdictional defects under the Judiciary Act, 28 U.S.C. § 1332(a). Specifically, Defendants contend that Plaintiff failed to "affirmatively allege the citizenship of

one of the parties," thereby necessitating dismissal pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

3. On January 18, 2008, Plaintiff filed its Amended Verified Complaint as a matter of right pursuant to Rule 15(a)(1)(A). Therein, among other things, Plaintiff amended its pleading to allege that, "Shealey is an adult individual who is a citizen and domiciliary of the Commonwealth of Virginia." See Amended Verified Complaint, ¶ 3.

In ruling on a motion to dismiss for lack of jurisdiction under Rule 12(b)(1), a court must construe the plaintiff's complaint liberally, giving the benefit of all favorable inferences that can be drawn from the alleged facts to the plaintiff. Barr v. Clinton, 370 F.3d 1196, 1199 (D.C. Cir. 2004). The term, "citizen" as used in the Judiciary Act means a citizen of the United States domiciled in a particular state. Ribas v. Ponce Yacht & Fishing Club, Inc., 315 F. Supp. 2d 156 (D. Puerto Rico 2004). Because Plaintiff's Amended Verified Complaint correctly pleads citizenship and domicile of Defendant Shealey, jurisdiction pursuant to 28 U.S.C. § 1332(a) is proper.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss.

Date: January 22, 2008

Respectfully submitted,

/s/ John G. McJunkin
Daniel Carrigan, D.C. Bar No. 452073
John G. McJunkin, D.C. Bar No. 420223
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA  20190
(703) 773-4152   Telephone
(202) 689-5034   Facsimile
Attorneys for Plaintiff

REST1\606429.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MERRILL LYNCH BUSINESS** )<br>**FINANCIAL SERVICES INC.** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**EXECUTIVE PERSONNEL SERVICES, INC.** )<br>)<br>    **and** )<br>)<br>**GERALD M. SHEALEY** )<br>)<br>    **Defendants.** )<br>)<br>_____ ) | Civil Action No. 1:07-cv-02100 |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss and Plaintiff's Opposition thereto,

it is this ____ day of _____, 2008 hereby:

ORDERED that said Motion be and hereby is DENIED, and it is further

ORDERED that this Court will grant such other and further relief as appropriate.

_____
Rosemary M. Collier
Judge
United States District Court for the
District of Columbia

REST1\606429.1

## **CERTIFICATE OF SERVICE**

    I hereby certify, that on this 22nd day of January, 2008, a true and correct copy of the foregoing Opposition to Motion to Dismiss was sent by electronic mail and by first-class U.S. mail, postage prepaid to:

> Bruce W. Henry
> Henry, O'Donnell, Dahnke & Walther, P.C.
> 4103 Chain Bridge Road
> Suite 100
> Fairfax, Virginia  22030

                                          /s/ John G. McJunkin
                                          John G. McJunkin