IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS <br> FINANCIAL SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE PERSONNEL <br> SERVICES, INC., ET AL. <br><br> and <br><br> GERALD M. SHEALEY, <br><br> Defendants. | Civil Action No. 1:07-cv-02100-RMC |

JOINT MOTION FOR
ENTRY OF CONSENT ORDER
RESOLVING MOTION TO DISMISS

The Defendants, by counsel, hereby move for an order approving an agreement of the parties resolving the pending motion to dismiss by consent. Plaintiff consents to the requested relief and a consent order is filed with this motion.

                                                Respectfully Submitted,
                                                EXECUTIVE PERSONNEL SERVICES, INC.
                                                GERALD M. SHEALEY
                                                By Counsel

/s/ Bruce W. Henry
Bruce W. Henry, D.C. Bar No. 408566
Joel L. Dahnke, D.C. Bar No. 396261
Henry, O'Donnell, Dahnke & Walther, P.C.
4103 Chain Bridge Road, Suite 100
Fairfax, VA  22030
Counsel for Defendants Executive
Professional Services, Inc. and
Gerald M. Shealey

Certificate of Service

I hereby certify that a true copy of the foregoing pleading was mailed, first class postage prepaid, to:

>John McJunkin
>DLA Piper US LLP
>1775 Wiehle Avenue
>Suite 400
>Reston, Virginia 20190

>/s/ Bruce W. Henry
>Bruce W. Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. ) ) ) ) Plaintiff, ) ) v. ) ) EXECUTIVE PERSONNEL SERVICES, INC., ET AL. ) ) ) ) and ) ) GERALD M. SHEALEY, ) ) ) Defendants. ) ) | Civil Action No. 1:07-cv-02100-RMC |

CONSENT ORDER

THIS MATTER comes before the Court upon the consent of the parties, as evidenced by the endorsement of their counsel hereinbelow, and

IT APPEARING TO THE COURT that the Defendants filed a Motion to Dismiss and in response thereto, Plaintiff filed an Amended Verified Complaint, and that the relief requested in this Order is proper, THEREFORE

IT IS ORDERED that:

1.   The Amended Verified Complaint is deemed filed.

2.   The Defendants' Motion to Dismiss is deemed withdrawn.

3.   The Defendants shall have fifteen (15) days from entry of this Order to file their pleadings in response to the Amended Verified Complaint.

Dated: _____

                                                Rosemary M. Collyer
                                                United States District Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ Bruce W. Henry | /s/ John G. McJunkin |
| Bruce W. Henry, D.C. Bar No. 408566 | Daniel Carrigan, D.C. Bar No. 452073 |
| Henry, O'Donnell, Dahnke & Walther, P.C. | John G. McJunkin, D.C. Bar No. 420223 |
| 4103 Chain Bridge Road | DLA Piper US LLP |
| Suite 100 | 1775 Wiehle Avenue |
| Fairfax, Virginia 22030 | Suite 400 |
| Counsel for Defendant Executive | Reston, VA  20190 |
| Professional Services, Inc. and | Counsel for Plaintiff Merrill Lynch |
| Gerald M. Shealey | Business Financial Services, Inc. |

cc:     Bruce W. Henry
        Daniel Carrigan
        John G. McJunkin