Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.
_____

      Plaintiff(s)

    v.

Civil Action No. **07-2100 (RMC)**

EXECUTIVE PERSONNEL SERVICES, INC.,
et al.
_____

      Defendant(s)

RE: EXECUTIVE PERSONNEL SERVICES, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 28, 2007 , and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of February , 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                       Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.
_____

            Plaintiff(s)

                                                    Civil Action No.  07-2100 (RMC)

        v.


EXECUTIVE PERSONNEL SERVICES, INC.,
et al. _____

            Defendant(s)


RE:   GERALD M. SHEALEY


## DEFAULT


        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint     on     November 28, 2007     , and an

affidavit on behalf of the plaintiff having been filed, it is this 22nd  day of   February  , 2008  declared

that  defendant(s) is/are in default.




                                    NANCY MAYER-WHITTINGTON, Clerk



                            By: _____
                                                Deputy Clerk