UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2100 (RMC) |
| EXECUTIVE PERSONNEL SERVICES, INC. and GERALD M. SHEALEY, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On November 19, 2007, Plaintiff filed a Complaint against Defendants Executive Personnel Services, Inc. and Gerald Shealey, seeking to enforce a note, security agreement, and personal guaranty. On November 28, 2007, Defendants were served with the Summons and Complaint. *See* Dkt. #4. Defendants sought an extension of time to answer, and Plaintiff sought to file an Amended Complaint. The Court granted a consent order permitting the filing of the Amended Complaint and setting February 13, 2008, as the deadline for answering or otherwise responding to the Amended Complaint. *See* Minute Order filed January 28, 2008. Although counsel for Defendants appeared in this case, Defendants failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendants on February 22, 2008. On March 28, 2008, Plaintiff filed a motion for entry of default judgment. *See* Dkt. #14. Accordingly, it is hereby

**ORDERED** that on or before <u>April 23 , 2008</u>, Defendants shall **SHOW CAUSE** why

the Court should not grant Plaintiff's motion for default judgment [Dkt. # 14].

**SO ORDERED**.


Date:   April 9, 2008                                          /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge