IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. <br><br> Plaintiff, <br><br> v. <br><br> EXECUTIVE PERSONNEL SERVICES, INC. <br><br> and <br><br> GERALD M. SHEALEY <br><br> Defendants. | Civil Action No. 1:07-cv-02100 |

**CERTIFICATION OF NO OBJECTION OR OTHER RESPONSE TO PLAINTIFF MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC.'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff Merrill Lynch Business Financial Services, Inc. ("Plaintiff"), by counsel, respectfully reports that (i) the Court's docket in the above-captioned matter reflects that no objection or other response to this Court's Order to Show Cause why default judgment should not be entered against Defendant Gerald M. Shealey (dated April 9, 2008) has been filed or served by the Court's April 23, 2008 due date; and (ii) no such objection or other response has been received by counsel for Plaintiff.

Dated: April 28, 2008

Respectfully submitted,

/s/ John G. McJunkin
John G. McJunkin, D.C. Bar No. 420223
DLA Piper US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(703) 773-4152   Telephone
(703) 773-5030   Facsimile

2

and

Daniel Carrigan, D.C. Bar No. 452073
DLA Piper US LLP
500 8th Street, NW
Washington, DC  20004
(202) 799-4750 Telephone
(202) 799-5000 Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify, that on this 28th day of April, 2008, a true and correct copy of the foregoing Certification of No Objection or Other Response was sent by electronic mail and by first-class U.S. mail, postage prepaid to:

>Bruce W. Henry
>Joel L. Dahnke
>Henry, O'Donnell, Dahnke & Walther, P.C.
>4103 Chain Bridge Road
>Suite 100
>Fairfax, Virginia  22030
>*Counsel of Record for Defendants,*

and by first-class U.S. mail, postage prepaid to:

>Mr. Gerald M. Shealey
>1300 Crystal Drive, Apt. 506S
>Arlington, VA  22022

/s/ John G. McJunkin
John G. McJunkin