IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>EXECUTIVE PERSONNEL SERVICES, INC. )<br><br>and )<br><br>GERALD M. SHEALEY )<br><br>Defendants. ) | Civil Action No. 1:07-cv-02100 |

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default, it is this 30th day of April, 2008 hereby:

ORDERED and ADJUDGED that Judgment by Default be entered in favor of Plaintiff Merrill Lynch Commercial Finance Corporation, as the assignee of the interest of Merrill Lynch Business Financial Services, Inc. and against Defendant Gerald M. Shealey in the amount of $795,432.53, plus interest accruing since March 26, 2008 on that sum at a per diem rate of $124.43 until the date of judgment, plus all reasonable costs (including attorneys' fees and costs through March 26, 2008 in the amount of $89,112.88) incurred by Plaintiff in its efforts to collect the amount due from each of the Defendant Gerald M. Shealey pursuant to the Loan and Security Agreement, the WCMA Note, and the Guaranty, with interest to accrue on the entire

unpaid judgment amount at the contract rate; plus post-judgment costs including an accounting for taxation of costs to be submitted within twenty days of the entry of this Order; and it is further

ORDERED that, not withstanding the entry of this Order, Plaintiff's rights and remedies with respect to EPSI, including, but not limited to, the rights to require EPSI to preserve and deliver the Collateral as appropriate to support Plaintiff's efforts to sell the Collateral in accordance with the Loan and Security Agreement, and

to make the Collateral and records pertinent to the Collateral available to Plaintiff at a place to be designated by Plaintiff, are fully preserved, pending further Order of this Court.

*This is a final appealable order.*

/s/ Rosemary M. Collyer
Rosemary M. Collyer
Judge
United States District Court
for the District of Columbia

April 30, 2008